IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR148 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JASON M. WILDS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Jason M. Wilds (Wilds) (Filing No. 17). Wilds seeks a continuance of the trial scheduled for July 7, 2014. Upon consideration, the motion will be granted as set forth below.

**IT IS ORDERED:**

1.  Wilds' motion to continue trial (Filing No. 17) is granted **provided** Wilds files the affidavit in accordance with paragraph 9 of the progression order whereby Wilds consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act **on or before July 10, 2014.**

2.  Trial of this matter is re-scheduled for **October 6, 2014**, before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **July 10, 2014, and October 6, 2014,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 2nd day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge