**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | 8:14CR148 |
| Plaintiff,  ) | |
| vs.  ) | ORDER |
| ) | |
| JASON M. WILDS,  ) | |
| ) | |
| Defendant.  ) | |

   This matter is before the court on the Petition for Action on Conditions of Pretrial Release (Petition) regarding defendant Jason M. Wilds (Wilds) (Filing No. 19). Wilds was ordered released upon conditions pending further proceedings on May 14, 2014 (Filing No. 12). Wilds was to reside in Omaha, Nebraska, and abide by other conditions of release. On July 18, 2014, Pretrial Services Officer Lisa L. Caviness submitted a Petition alleging Wilds had violated the conditions of his release by failing to report to Pretrial Services and providing a diluted urine specimen. A warrant for Wilds's arrest was issued.

   Wilds appeared before the court July 25, 2014. He was represented by Assistant Federal Public Defender Karen M. Shanahan . The United States was represented by Assistant U.S. Attorney Michael P. Norris. After being advised of the nature of the allegations, his rights, and the consequences if the allegations were found to be true, Wilds admitted the allegations. The court finds the allegations of the petition are generally true and Wilds has violated the conditions of his release.

   Wilds requested a detention hearing. Wilds again appeared before the court on August 4, 2014. He was represented by Assistant Federal Public Defender Karen M. Shanahan . The United States was represented by Assistant U.S. Attorney Michael P. Norris. The court took judicial notice of the Pretrial Services Violation Report. After providing both parties an opportunity for allocution as to disposition and considering the report of Pretrial Services, I find the Order Setting Conditions of Release should be revoked. Wilds has demonstrated he is unable to comply with rules of his release.

   **IT IS ORDERED:**

   1. The Petition for Action on Conditions of Pretrial Release (Filing No. 19) is granted.

   2. The Order Setting Conditions of Release of Jason M. Wilds (Filing No. 12) is hereby revoked.

   3. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

   DATED this 4th day of August, 2014.

                            BY THE COURT:

                            s/ Thomas D. Thalken
                            United States Magistrate Judge